WILLIAM MATSIKOUDIS
CORPORATION COUNSEL
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
Telephone (201) 547-5229
Attorney for Defendant, City of Jersey City, City Council of the City of Jersey City, Mayor Jerramiah T. Healy, Carl Czaplicki and Robert Cotter.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHENG C. TAN, | : Civil Action No.: 09-1133(DRD) |
| | : Hon. Michael A. Shipp, U.S.M.J. |
| Plaintiff, | : |
| v. | : |
| | : |
| CITY OF JERSEY CITY, CITY COUNCIL OF THE CITY OF JERSEY CITY, MAYOR JERRAMIAH T. HEALY, CARL CZAPLICKI and ROBERT COTTER, | : **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | : |

PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(I), Plaintiff in the above-captioned matter, Cheng C. Tan, hereby voluntarily DISMISSES this action WITHOUT PREJUDICE with the following understandings:

(1)   Plaintiff may promptly petition the City of Jersey City Planning Board for an amendment to the City's Tidewater Basin Redevelopment plan; and,

(2)   In the event that Plaintiff is dissatisfied with the Planning Board's decision he acknowledges that he has forty-five (45) days from the decision or the publication of the decision to file an action In Lieu of Prerogative Writ in the State Superior Court, Law Division and that he may bring his constitutional claims there.

CHENG C. TAN
Pro Se, Plaintiff

By: _____
CHENG TAN   11/16/09

Dated: November 6, 2009
JDOD/cv

WILLIAM C. MATSIKOUDIS
CORPORATION COUNSEL
Attorney for Defendants, City of Jersey City, City Counsel of the City of Jersey City, Mayor Jerramiah T. Healy, Carl Czaplicki and Robert Cotter.

By: _____
JUDITH D. O'DONNELL   11/17/09
Assistant Corporation Counsel

SO ORDERED: _____
DATE: Nov. 18, 2009